STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIA YAMILETH AVILES-RAUDALES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, <br><br> Defendant. | C 4:22-cv-01848-DMR <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, submit this joint status report regarding adjudication of Plaintiffs' I-589, Application for Asylum and for Withholding of Removal. Currently, the agency cannot complete adjudication of the I-589 application until they receive the Superior Court disposition records from the December 14, 2022, court proceedings.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 17, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

Joint Status Report
C 4:22-cv-01848 DMR

administrative resolution.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: January 6, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: January 6, 2023

  /s/ Kevin M. Crabtree
KEVIN M. CRABTREE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 10, 2023

_____
DONNA M. RYU
United States Magistrate Judge

Joint Status Report
C 4:22-cv-01848 DMR